EDWARD C. KLAPP, Respondent, v. EDNA B. MERWIN, Individually and as Executrix, etc., of N. L. MERWIN, Deceased, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of NEW YORK CENTRAL RAILROAD COMPANY and Others for Certiorari Order against PUBLIC SERVICE COMMISSION and WALTER M. ALDRICH.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK. BROWN & SLOSSON and Another, Appellants.— Motion granted, with ten dollars costs, unless appellants, within thirty days, perfect their appeal and pay said costs, in which event motion is denied.

In the Matter of the Final Judicial Settlement of the Estate of BEVERLY R. VALUE, Deceased.— Motion granted, with ten dollars costs, unless the appellant, within thirty days, perfects the appeal and pays said costs, in which event motion is denied.

In the Matter of the Application of CHARLES H. BENEDICT, as Committee of the Person and Property of SIDNEY J. LEVI, an Incompetent Person, to Lease Real Estate Belonging to Said Incompetent Person for a Term of Years.— Motion denied, with ten dollars costs.

In the Matter of the Application of WILL W. HERRICK and Another, as Directors, for the Dissolution of LEE & HERRICK, INC., a Corporation, Respondents. EMMITT T. LEE and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. LORETTA NEUBECK, Respondent, v. JOHN DOSCHER and COMMERCIAL CASUALTY INSURANCE COMPANY, Appellants, and NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Award unanimously affirmed, with costs in favor of the State Industrial Board. [See 204 App. Div. 617.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER HICKEY and Another, Appellants.— Motion denied, with leave, however, to the district attorney to argue the appeals at the present term of this court if he so desires and submit his brief thereafter.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES KOHLMAN & COMPANY, Now JOHNSON-BLAKE CO., INC., Appellant, v. WALTER W. LAW, JR., and Others, as and Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: " Has the Appellate Division jurisdiction to remit this proceeding to the State Tax Commission for a second and further hearing? "

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPHINE PILARSKI, Respondent, v. BARNET LEATHER CO., INC., and Another, Appellants.— Motion denied.

ROBERT PHILLIPSON, Appellant, v. ALBERT V. MOORE, Respondent.— Motion denied.

RENA QUICK, Appellant, v. THE TIOGA COUNTY PATRONS' FIRE RELIEF ASSOCIATION, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.